# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SANDRA BREBER

        Plaintiff(s),

v.

ARTHUR ANDERSEN LLP GROUP
ACCIDENT AND HEALTH INS. PLAN

        Defendant(s).
_____/

CASE NO. C05-03294 JSW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline   180 days from date of order referring case

Dated: 10/28/05

                                                Attorney for Plaintiff

Dated: Oct 28, 2005

                                                Attorney for Defendant

[~~PROPOSED~~] **ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓      Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓      other   180 days from date of order

IT IS SO ORDERED.

Dated: November 1, 2005

                                    Hon. Jeffrey S. White
                                    UNITED STATES DISTRICT    JUDGE

Case 3:05-cv-03294-JSW Document 10 Filed 11/01/2005 Page 2 of 2