IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BREBER,<br><br>        Plaintiff,<br><br>   v.<br><br>ARTHUR ANDERSEN LLP GROUP ACCIDENT AND HEALTH INSURANCE PLAN,<br><br>        Defendant. | No. C 05-03294 JSW<br><br>**ORDER RE PARTIES' STIPULATION** |

On April 6, 2005, the parties filed a stipulation providing that Plaintiff's claim for benefits under Section 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B), should be reviewed by this Court *de novo*. Pursuant to the stipulation, the parties seek an order from this Court finding that there is good cause to review Plaintiff's claims *de novo*. The parties may stipulate to the underlying facts warranting *de novo* review, but the Court will not accept the parties' unsupported stipulation determining what legal standard the Court should apply. A Court shall review *de novo* a claim for ERISA benefits (1) if an ERISA plan does not vest the plan administrator with discretion to determine benefit eligibility or construe the terms of the plan; or (2) even if the plan administrator is vested with such discretion, there is a serious conflict of interest between the administrator and the employee. *Bendixen v. Standard Ins. Co.*, 185 F.3d 939, 942-43 (9th Cir. 1999). Therefore, the Court HEREBY ORDERS the parties to

supplement their stipulation by no later than April 25, 2006, in order to clarify what underlying facts they stipulate to which warrant the application of *de novo* review to Plaintiff's claims.

**IT IS SO ORDERED.**

Dated: April 20, 2006

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE