1  Teresa S. Renaker – CA State Bar No. 187800
   Claire Kennedy-Wilkins – CA State Bar No. 231897
2  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   ckwilkins@lewisfeinberg.com
5  trenaker@lewisfeinberg.com

6  Attorneys for Plaintiff

7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  Rebecca A. Hull Bar No. 99802
   Michael N. Westheimer Bar No. 178938
9  One Market Plaza
   Steuart Tower, 8th Floor
10 San Francisco, California 94105
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635
   rebecca.hull@sdma.com
12 michael.westheimer@sdma.com

13 Attorneys for Defendant

14
                    IN THE UNITED STATES DISTRICT COURT
15
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                              SAN FRANCISCO DIVISION
17

18 SANDRA BREBER,                          )
                                           ) Case No. 05-CV-3294 JSW
19              Plaintiff,                 )
                                           ) **STIPULATION AND [PROPOSED]**
20      vs.                                ) **ORDER CONTINUING MEDIATION**
                                           ) **DEADLINE**
21 ARTHUR ANDERSEN LLP GROUP               )
   ACCIDENT AND HEALTH INSURANCE           )
22 PLAN,                                   )
                                           )
23              Defendant.                 )
                                           )
24 _____

25     WHEREAS, the Court has ordered the parties to attend mediation within 180 days of the

26 Court's November 1, 2005 Order referring the case to mediation, and

27     WHEREAS, the parties have participated in a pre-mediation telephone conference with

28

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE
[Case No. 05-CV-3294 JSW]                                                           Page 1

1  the court-appointed mediator regarding scheduling the case for mediation, and

2  WHEREAS, the parties and mediator were not able to schedule a mediation session until

3  June 7, 2006 due to pre-existing scheduling conflicts,

4  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE

5  PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT:

6  The deadline for attending mediation shall be continued until June 15, 2006.

7

8  DATED: April 25, 2006    LEWIS, FEINBERG,
                            RENAKER & JACKSON, P.C.
9
                            By: /s/ Claire Kennedy-Wilkins
10                          TERESA RENAKER
                            CLAIRE KENNEDY-WILKINS
11                          Attorneys for Plaintiff

12
    DATED: April 25, 2006    SEDGWICK, DETERT,
13                           MORAN & ARNOLD LLP

14                           By: /s/ Rebecca Hull
                             REBECCA HULL
15                           MICHAEL N. WESTHEIMER
                             Attorneys for Defendant

16

17  I hereby attest that I have on file all holograph signatures for any signatures indicated by

18  a "conformed" signature (/S/) within this efiled document.

19  Dated: April 26, 2006       /s/ Claire Kennedy-Wilkins

20                              Claire Kennedy-Wilkins

21

22  **[PROPOSED] ORDER**

23  Good cause appearing, and as stipulated by the parties, the Court hereby orders that the

24  deadline for attending mediation be continued to June 15, 2006.

25  **IT IS SO ORDERED.**

26  DATED:  May 1 , 2006        /s/ Jeffrey S. White

27                              Honorable Jeffrey S. White
                                UNITED STATES DISTRICT JUDGE
28

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE
[Case No. 05-CV-3294 JSW]                                           Page 2