IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BREBER,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTHUR ANDERSEN LLP GROUP ACCIDENT AND HEALTH INSURANCE PLAN,<br><br>    Defendant.<br>_____/ | No. C 05-03294 JSW<br><br>**ORDER RE STANDARD OF REVIEW** |

On April 6, 2005, the parties filed a stipulation providing that Plaintiff's claim for benefits under Section 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B), should be reviewed by this Court *de novo*. On April 20, 2006, the Court issued an order directing the parties to further supplement their stipulation in order to clarify what underlying facts they stipulate to which warrant the application of *de novo* review to Plaintiff's claims. In response, Defendant Arthur Andersen LLP Group Long Term Disability Insurance Plan (the "Plan") explained that it could not agree to facts which would require the Court to review Plaintiff's claim *de novo*. Rather, the Plan is willing to stipulate that the Court apply the stricter standard of review to promote judicial economy and minimize the parties' litigation expenses. Accordingly, because both parties agree that the Court may review Plaintiff's claim *de novo*, and because determining in advance that it will apply the *de novo* standard will conserve resources of the parties and the Court, the Court HEREBY ORDERS that it will review Plaintiff's claim *de novo*. The Court

FURTHER ORDERS that: (1) Plaintiff's pending discovery requests are rendered MOOT by this Order and thus, the Plan is not obligated to provide responses; (2) the parties will not conduct any discovery in connection with this action; (3) the hearing on the standard of review and the further Case Management Conference currently set for August 25, 2006 are VACATED; and (4) the last day to hear dispositive motions is set for August 25, 2006. If both parties intend to file motions for summary judgment, they shall meet and confer and submit a briefing schedule to the Court.

**IT IS SO ORDERED.**

Dated: May 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE