| | |
|---|---|
| 1 | Teresa S. Renaker – CA State Bar No. 187800 |
| | Claire Kennedy-Wilkins – CA State Bar No. 231897 |
| 2 | LEWIS, FEINBERG, RENAKER & JACKSON, P.C. |
| | 1330 Broadway, Suite 1800 |
| 3 | Oakland, CA  94612 |
| | Telephone: (510) 839-6824 |
| 4 | Facsimile: (510) 839-7839 |
| | ckwilkins@lewisfeinberg.com |
| 5 | trenaker@lewisfeinberg.com |
| 6 | Attorneys for Plaintiff |
| 7 | |
| 8 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | Rebecca A. Hull Bar No. 99802 |
| 9 | Michael N. Westheimer Bar No. 178938 |
| | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 10 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
| | rebecca.hull@sdma.com |
| 12 | michael.westheimer@sdma.com |
| 13 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SANDRA BREBER, | ) | |
| | ) | Case No. 05-CV-3294 JSW |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER REGARDING SUMMARY** |
| | ) | **JUDGMENT BRIEFING SCHEDULE** |
| ARTHUR ANDERSEN LLP GROUP | ) | |
| ACCIDENT AND HEALTH INSURANCE | ) | |
| PLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

25    WHEREAS, both parties intend to file summary judgment motions in the above-

26 captioned case, and

27    WHEREAS, the Court ordered the parties to submit a briefing schedule to the Court in

28 the event that both parties intended to file summary judgment motions in this case, and

STIP. AND [PROPOSED] ORDER RE: SUMMARY JUDGMENT BRIEFING SCHEDULE
[Case No. 05-CV-3294 JSW]                                                                  Page 1

1     WHEREAS, the parties wish to resolve the remaining issues in the case in an efficient
2 manner,

3     NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
4 PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT:

5     The parties' summary judgment motions shall be briefed and heard according to the
6 following consolidated schedule:

7     •     Plaintiffs' Motion for Summary Judgment - July 14, 2006 (25 pages)

8     •     Defendant's Cross-Motion for Summary Judgment and Opposition - July 28,
9         2006 (25 pages)

10     •     Plaintiff's Reply and Opposition - August 4, 2006 (25 pages)

11     •     Defendant's Reply - August 11, 2006 (15 pages)

12     •     Hearing on Cross-Motions for Summary Judgment - August 25, 2006 at 9:00
13         a.m.

14

15 DATED: July 10, 2006         LEWIS, FEINBERG,
                      RENAKER & JACKSON, P.C.
16
                      By: /s/ Teresa Renaker
17                       TERESA RENAKER
                      CLAIRE KENNEDY-WILKINS
18                       Attorneys for Plaintiff

19
20 DATED: July 10, 2006         SEDGWICK, DETERT,
                      MORAN & ARNOLD LLP

21                       By: /s/ Michael Westheimer
                      REBECCA HULL
22                       MICHAEL N. WESTHEIMER
                      Attorneys for Defendant
23

24     I hereby attest that I have on file all holograph signatures for any signatures indicated by
25 a "conformed" signature (/S/) within this efiled document.

26 Dated: July 11, 2006         /s/ Claire Kennedy-Wilkins

27                       Claire Kennedy-Wilkins

28

STIP. AND [~~PROPOSED~~] ORDER RE: SUMMARY JUDGMENT BRIEFING SCHEDULE
[Case No. 05-CV-3294 JSW]                       Page 2

**[PROPOSED] ORDER**

Good cause appearing, and as stipulated by the parties, the Court hereby orders that the parties' motions for summary judgment shall be briefed according to the schedule and terms set forth in the attached stipulation, with a hearing on both motions to be held before this Court on August 25, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: __July 12__, 2006

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

by Honorable Phyllis J. Hamilton