**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BREBER,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTHUR ANDERSEN LLP GROUP ACCIDENT AND HEALTH INSURANCE PLAN,<br><br>    Defendant.<br>_____/ | No. C 05-03294 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON AUGUST 25, 2006:

The Court **tentatively DENIES** the cross-motions for summary judgment filed by plaintiff Sandra Breber ("Plaintiff") and defendant Arthur Andersen LLP Group Accident and Health Insurance Plan ("Defendant") based on the existence of genuine issues of material fact. The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *Cf.* N.D. Civil Local

Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

Each party will have fifteen minutes to address the following questions:

(1) If the Court determines there are questions of fact which preclude summary judgment for either party and thus, that a trial is necessary, do the parties agree that the Court may conduct a trial based on the administrative record? *See Kearney v. Standard Ins.*, 175 F.3d 1084, 1094-95 (9th Cir. 1999). If the Court were to conduct a bench trial, does either party contend that evidence beyond the administrative record may be submitted? Assuming the Court conducts a bench trial, do the parties intend to file trial briefs or do they prefer to have the court convert their cross-motions for summary judgment into trial briefs?

(2) What authority, if any, supports Plaintiff's position that Defendant is precluded from raising a new basis for denying benefits that it did not initially assert in its notice of denial when the administrator's decision is reviewed *de novo*?

(3) What support do the parties have in support of their respective positions regarding whether endometriosis and post-concussive syndrome are diseases that can be confirmed by medical tests?

(4) The Plan provides that Aetna will not pay benefits until it is given a written proof of loss. (*See* Aetna 598.) The Plan then provides under the section entitled "Proof of Loss" that:

> 1. A request for Initial Application for Group Long-Term Disability (LTD) Benefits must be made to the Benefits Administrator ...
> This request should be made:
> a. Within 20 days after a disability occurs; or
> b. As soon as reasonably possible.
> If the covered individual does not receive the form within 15 days, he or she can meet the proof of loss requirement by giving Aetna a written statement of what happened. Aetna must receive a written statement with 90 days by not later than one year after the disability occurs ...
> ...
> 3. The covered individual must return the form to the Benefits Administrator ....
> The form is due within 90 days after the end of the Waiting Period .... If he or she does not send Aetna the form when due, Aetna will still honor the claim if he or she sends Aetna the form as soon as reasonably possible. The form must be sent to Aetna not later than one year after it is otherwise required....

2

1  (*See* Aetna 598.)  Does Defendant contend that Plaintiff failed to make the initial request for a
2  form, or that she failed to return the completed form, within the requisite time period?  Is the
3  document entitled "Employee Request for Information" the "form" referred to in the Proof of
4  Loss section?  (*See* Aetna 382.)
5  (5)    Do the parties have anything further to add?

7  Dated: August 24, 2006

                                                                    _____
                                                                    JEFFREY S. WHITE
                                                                    UNITED STATES DISTRICT JUDGE