IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BREBER,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTHUR ANDERSEN LLP GROUP ACCIDENT AND HEALTH INSURANCE PLAN,<br><br>    Defendant.<br>_____/ | No. C 05-03294 JSW<br><br>**ORDER RE PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT** |

On September 7, 2007, Plaintiff filed a "renewed" motion for summary judgment. The Court's Civil Standing Orders limit the parties to one motion for summary judgment per party, absent a showing of good cause. (Civil Standing Orders, ¶ 8.) Plaintiff did not seek leave of Court or show good cause for filing a second motion for summary judgment. Accordingly, the Court HEREBY STRIKES Plaintiff's renewed motion.

**IT IS SO ORDERED.**

Dated: September 21, 2007

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE