IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA BREBER,

    Plaintiff,

v.

ARTHUR ANDERSEN LLP GROUP ACCIDENT AND HEALTH INSURANCE PLAN,

    Defendant.

No. C 05-03294 JSW

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

The Court HEREBY SETS this matter for a further case management conference to be held on December 7, 2007 at 1:30 p.m. The Court will allow the parties to submit additional evidence, beyond the administrative record, at trial. In their joint case management conference statement, the parties should describe: (1) what evidence they seek to introduce at trial; (2) how long they anticipate trial lasting; and (3) proposed dates for a pretrial conference and trial.

**IT IS SO ORDERED.**

Dated: October 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE