IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA BREBER,

    Plaintiff,

v.

ARTHUR ANDERSEN LLP GROUP ACCIDENT AND HEALTH INSURANCE PLAN,

    Defendant.
_____/

No. C 05-03294 JSW

**ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by June 6. 2008, if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: May 12, 2008

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc:    Wings Hom