Teresa S. Renaker – CA State Bar No. 187800
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA BREBER,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR ANDERSEN LLP GROUP ACCIDENT AND HEALTH INSURANCE PLAN,<br><br>Defendant. | Case No. 05-CV-3294 (JSW)<br><br>STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE |

WHEREAS, the parties reached a settlement in this case and placed the settlement terms on the record before Magistrate Judge Zimmerman on May 22, 2008; and

WHEREAS, the parties are currently preparing a written settlement agreement; and

WHEREAS, the parties expect that a dismissal will be filed no later than June 23, 2008;

NOW, THEREFORE, the parties jointly request that the trial set for June 16 and 17, 2008, be vacated, and a status conference set for Friday, June 27, 2008, at 1:30 p.m.

SO STIPULATED.

Dated: June 11, 2008

LEWIS, FEINBERG, LEE
RENAKER & JACKSON, P.C.

By: /s/ Teresa S. Renaker
Teresa S. Renaker

Attorneys for Plaintiff

//

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE [CASE NO. 05-CV-3294 JSW]                                                                                   Page 1

| | | |
|---|---|---|
| 1 | Dated: June 11, 2008 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | By: _____ |
| 3 | | Rebecca A. Hull |
| | | Dennis E. Raglin |
| 4 | | |
| | | Attorneys for Defendant |

5  The Court will hold the status conference on July 11, 2008 at 1:30 p.m.

6  IT IS SO ORDERED.

7  Dated: June 12, 2008            _____
                                    JEFFREY S. WHITE
8                                   United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE [CASE NO. 05-CV-3294 JSW]