1    Teresa S. Renaker – CA State Bar No. 187800
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

2    1330 Broadway, Suite 1800
Oakland, CA 94612

3    Telephone: (510) 839-6824
Facsimile: (510) 839-7839

4    trenaker@lewisfeinberg.com

5    Attorneys for Plaintiff

*FILED*

*JUN 2 4 2008*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11    SANDRA BREBER,

12               Plaintiff,

13           vs.

14    ARTHUR ANDERSEN LLP GROUP
ACCIDENT AND HEALTH INSURANCE

15    PLAN,

16               Defendant.

Case No. 05-CV-3294 (JSW)

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH
PREJUDICE AND VACATING STATUS
CONFERENCE**

17

18       Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Sandra Breber and Defendant Arthur

19   Andersen LLP Group Accident and Health Insurance Plan, by and through their respective

20   attorneys of record, hereby stipulate that this matter be dismissed with prejudice, with each party

21   to bear its own costs of suit and attorneys' fees, and that the status conference set for July 11,

22   2008, at 1:30 p.m. be vacated.

23   Dated: _6/23/08_

24

25

26

27

28   //

Respectfully submitted,

LEWIS, FEINBERG, LEE
RENAKER & JACKSON, P.C.

By:                   
        Teresa Renaker

Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND VACATING STATUS
CONFERENCE [CASE NO. 05-CV-3294 JSW]

1    Dated:  June 19, 2008                    SEDGWICK, DETERT, MORAN &
                                              ARNOLD, LLP
2
                                     By:
3                                             Rebecca A. Hull

4                                             Attorneys for Defendant

5    IT IS SO ORDERED.

6    Dated: June 24, 2008

7                                             JEFFREY S. WHITE
                                              United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND VACATING STATUS
CONFERENCE [CASE NO. 05-CV-3294 JSW]                                        Page 2